HOWARD COHEN et al., Respondents, *v.* CONGREGATION SHEARITH ISRAEL IN THE CITY OF NEW YORK, Appellant.

*Cohen* v. *Congregation Shearith Israel,* 114 App. Div. 117, affirmed.
(Argued June 11, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

21, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an equitable action to restrain defendant from interfering with the removal of the remains of a decedent from its cemetery.

*Edgar J. Nathan* for appellant.

*William Victor Goldberg* and *Victor E. Whitlock* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.